No. 176. WILLIE CONNER AND JOHN CONNER *v.* H. U. BARTLETT, E. G. BAILEY, McMANN OIL COMPANY, ET AL. Error to the Supreme Court of the State of Oklahoma. Motion to dismiss submitted January 24, 1927. Decided February 21, 1927. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Shulthis* v. *McDougal,* 225 U. S. 561, 569; *Hull* v. *Burr,* 234 U. S. 712, 720; *Norton* v. *Whiteside,* 239 U. S. 144, 147. *Messrs. W. H. Francis, B. B. Blakeney,* and *L. O. Lytle* for defendants in error, in support of the motion. *Mr. William Neff* for plaintiffs in error, in opposition thereto.

No. 842. ANNA NELSON *v.* J. L. WALROD, S. E. ELLSWORTH, AND C. W. BURNHAM. See *post,* p. 745.